AMOUNT $ 350
SUMMONS ISSUED ✓
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _pw_
_____ 4-25-06

FILED
IN CLERKS OFFICE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

2006 APR 25 A 4 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JAMIE ABAD, AVA ABERNATHY, CYNTHIA ABRAMS, GUSTAVO ABREU, NATASHA ADAMS, JACUELINE ALARCON, JOHN AL-DABBAGH, LISA ALEXANDER, KATHRYN ALLEGRI, NORMAN ALLEN, REBECCA ALLISON, TOM ALSUP, MARIA ALVES, JOANNE ANDERSON, DININE ANDERSON, BEVERLY ANDREWS, JERRY ARMIJO, JOHN ARMSTRONG, KATHLEEN ARNOLD, CHARLOTTE AUBREY, TAMMY BACKUS, DOUGLAS BAILEY, REBEKAH BAILEY, RANDALL BAISDEN, WILLIAM BAKER, CONNIE BAKER, JOSEPH BAKER, DAVID BALCORTA, DONALD BALES, ROBERT BALL, ROBERT BALLARD, PAULINE BANKS, MARTHA BANKS, GLADYENE BARFIELD, DANIEL BARKER, BRENDA BARNETT, JANETTE BATES, JOHN BATISTE, MARILYN BATJES, SHARON BEAVERS, TERESA BECTON, SHAVONNA BELL, VICKI BENNETT, CHRISTINA BENNETT, CATHERINE BENNETT, ANITA BENSON, SANDRA BENTON, WILLIAM BERKEVICH, CATHY BERKOWITZ, RUTH BERNAL, KAREN BETZ, KERRY BIEBER, JANE BLACKMER, SHIRLEAN BLAIR, TERRANCE BLANKENSHIP, JULIANA BLEDSOE, ISMIHA BLEVINS, JAKE BLOUNT, VANNESSA BLUE, BRENDA BOCK, LORI BOLDS, CHERYL BOLEN, KEN BOND, GAY BOOKER, DOROTHY BOONE, LYTHIA BOUIE, VICKI BOURAS, DAVID BOUTTE, ANNETTE BOWIE, MARY BOYD, | Civil Action No. _____<br><br>**Jury Requested** |

**06 - 10730 NG**

**MAGISTRATE JUDGE JLA**

NORMAN BOYER, KATHARINE §
BRADFORD, ANTOINE BRADLEY, §
DENNIS BRAGG, JAMES BRIDE, §
JOHNATHAN BRISLANE, TOMMY §
BROOKS, DARNELL BROWN, §
SHIRLEY BROWN, SHARYN §
BROWN, DOUGLAS BROWN, §
TRACIE BROWN, CHRISTINA §
BROWN, LAURIN BROWN, §
CHARLES BROWN, RICKIE §
BROWNING, AMY BRUMMETT, §
CARLTON BRYANT, DENNIS §
BUCKNER, KATHRYN BURCH, §
JACQUELINE BURKHARDT, GARY §
BURLESON, MICHELLE BURNS, §
LYDIA BUTLER TURNER, SANDY
CALHOUN, BRENDA CAMP,
ROBERT CAMPOS, PATRICIA
CAPPONI, MICHELE CARLTON,
THERESA CARMICHAEL, LORETTA
CARPENTER, FLORENCE CARR,
DANIEL CARRILLO, HAROLD
CARTER, DAVID CASADIDIO, JULIA
CATCHINGS, LAMIN CEESAY,
MATILDA M CERNY, HALLINE
CHERRY, GABRIELA CHURCH,
RONNIE CLARK, SILVIA CLARY,
SHEILA CLAYTON, JACKIE
CLEMONS, CHLOIE COCHRAN,
ETHEL COKER, HENRY COLEMAN,
SEAN COLEMAN, VIRIGINA
COLLIER, SANDRA COLLIER,
DAVID COLLINS, URSSULA CONE,
JUANITA CONN, DENISE COOK,
STEVEN COOK, KENNETH
COOPER, BENSON COOPER,
SAVERIO "SAM" COPPOLA,
KATHLEEN CORBY, RONALD
CORLEY, JANICE COVINGTON,
JAMES COX, ELIZABETH
CRAWFORD, JANIS CREED, CRAIG
CRENSHAW, LEONARD CROMER,
JILL CROTTS, RICHIE CROUCH,
RICKI CROUCH, VIVIAN CRUM,
JULIO CRUZ, ROBERT CUMMINS,
EVELYN CUNNINGHAM, LAURIE

**CUNNINGHAM, JAMES CUTSHAW,
VICKIE DANIEL, JESSE DANIELS,
PAMELA DANIELS, WILLIE DARBY,
TERESA DARNELL, KENNETH
DAVIDSON, MARY DAVIS,
SUZANNE DAVIS, NICHOLE DAVIS,
JOHN DAVIS, SYLVIA DAVIS,
TERESA DAY, MICHELLE DEAN,
ELIZABETH DELEON, JEFFREY
DELGADO, BOBBIE DELL, RONNIE
DENNIS, HASEWOOD DENNISON,
DOMINIC DERMINE, GLORIA
DESOTO, TERSA DEVAULT, VIRDA
DIEMER, TRACY DILLON,
CELESTINE DOLLY, LESLIE
DORSEY, ROBERT DOWNS, RICKEY
DOWNS, SHEILA DRAKE,
CATHERINE DRESSLER, BERNICE
DUBARD, DONALD DUFF, ALFRITA
DUKES, WYNETTA DULIN, DENISE
DYSON, RONALD EARLY, COTTIE
EDENS, CAROLYN EDWARDS, JUDY
EDWARDS, GLEN EDWARDS,
WILTON EDWARDS, WILLIAM
EIBECK, FREDERICK ELLIOTT,
MAURICE ENGLISH, ALYCE ERVIN,
BOBBY ERVING, ROBERT ESCOBIO,
PAULA ESKEW, JOE ESQUIVEL,
GERALDINE ESSIX, VALERIE
EVANS, RUTH EVISTON, BRANDON
EYANSON, MARGARET FACIO,
PHYLLIS FALLER, DONNA FANNIN,
GEORGE FARISH, KENNETH FEES,
KATHY FERGUSON, MARY
FERGUSON, KIM FERGUSON,
RENTHIA FERRAL, STEVEN
FERRIS, GEORGE FETTERS, KARLA
FIALLOS, LESLIE FIEDLER, JOE
FIELDS, LEONARD FISCHBACH,
MORGAN FISHER, MELANIE
FLEURY, FRANK FLORES, LONNIE
FLORES, JONATHAN FLOWERS,
LEONARD FLOWERS, MARIA
FORBEY, HUGH FORD, ROBERT
FORD, MELVIN FORD,
GWENDOLYN FORD, LINDA**

3

FORSYTH, WENDELL FORSYTH,
WILLIAM FOSTER, DEBORAH
FOSTER, JENNIFREY FOWLER,
ROBIN FRANCE, MARY FRANK,
GREGORY FREDERICK, DIANE
FREEMAN, PAMELA FULLER,
DEBRA FULLER, JEREMY FULMER,
ANDRE FULTON, TAMMY
FURLOUGH, RONALD GARCIA,
ROBERTO GARCIA, MIKAL GEBRU,
DEBRA GEE, MARY GENUS,
LAURETTA GEORGE, SUSANNE
GIBBS, JAMES GIBSON, SARINA
GILLUM, CAROL GILMAN,
WILLIAM GILMORE, ROSA
GILMORE, CHERYL GINTER,
DENNIS GLADNEY, VANITA
GOAGE-ECHOLS, RENAE
GOLIGOWSKI, BARBARA
GONZALES, DARCY GOODEN,
KRISTINA GOUTIEREZ,
JACQUELINE GRACE, ROBERT
GRANT, DONNIE GRANTHAM,
FRANKIE GREEN, LORRAINE
GREGORY, IVEY GRIFFIN,
KENNETH GRIFFIS, EARL GROSS,
LAURA GROSS, THERESA
GRUENBERG-HARVEY, PATRICIA
GRUSHON, WANDA HALL,
KENNETH HALL, FENTON
HALLIBURTON, ERIKA HANCOCK,
NITA HANKINS, MARTHA
HANNING, SHARON HANSHEW,
LINDA HARDIN, DIETRA HARDY,
BARNEY HARMON, AUNDREA
HARNEY, CHARICE HARRAL,
SAMMY HARRIS, BEVERLY
HARRIS, EMILE HARRIS, LARRY
HART, ALICE HARTMANN, GLORIA
HATHAWAY, BENJAMIN HEAD,
THOMAS HECKINGER, KENNETH
HENDREN, BARRY HENDRIX, JOHN
HERMAN, MARTINA HERNANDEZ,
MANNY HERNANDEZ, MANUEL
HICKENBOTTEM, EDITH HICKS,
JAMIE HILL, JOHN HILL, DENNIS

HINER, PALM HINNANT, FAITH
HOAG, ISABEL HOCH, ELIZABETH
HOLLAND, EFFIE HOLLINS, TONY
HOLLOWAY, JASON HOLMES,
DIANNE HOLMES, JOHNNIE HOLT,
DAVID HONEYCUTT, MELISSA
HOPKINS, DREW HOPKINS,
CHRISTINA HOPKINS-DURATE,
ELOUISE HORNE, HOPE HOUSE,
JOHN HOWARD, CALVIN HOWARD,
ALVIN HOWELL, FRANCES
HUBBARD, RICHARD HUMM, JULIE
HUNDT, BYRON HUNT, GREG
HURD, WILLIAMETTE IRONHAWK,
HOMER ISHISAKA, CHRISTOPHER
JABER, CLARA JACABS, LEONA
JACKSON, MARY JACKSON, TROY
JACKSON, DARLENE JACOBS, LORI
JACOBS, BILLY JARRELL, JERRY
JEAN-BAPTISTE, LORETTA
JEFFERS, TRACI JENSEN,
BARBARA JEWELL, MARY
JOHNSON, ANTHONY JOHNSON,
KATHLEEN JOHNSON, SHIRLEY
JOHNSON, DENISE JOHNSON,
CHARLES JOHNSON, MARGARET
JOHNSON, DEBRA JOHNSON,
GISELE JOHNSON, THOMAS
JOHNSON, LAMELL JOHNSON,
DEBBIE JOHNSON, LOUISE
JOHNSON, FLOYD JOHNSON,
DOUGLAS JOHNSON, DANNY
JONES, JUDITH JONES,
MAREJORIE JONES, DANNY JONES,
MARION JONES, DAN JONES,
LEANN JOVENAL, RUTH R JOYNER,
ROY KEES, LUTOUNGIE KEITH,
SHIRLEY KELLY, MARSHA KELLY,
CHERYL KELLY-CROUCH,
KATRINA KENDRIX, GLORIA
KENNEDY, CAROL KING-GUEST,
GUY KINNEY, DAVID KLIMEK,
RANDY KNEECE, DANIELLE
KNIGHT, DARLENE KOHLTS,
JEWELL KOHUTEK, BARBARA
KOMETAS, NICHOLAS KRAGER,

SHERRY KREBS, HENRY LA' MAR,
NANETTE LAISURE, JESSICA
LANDERMAN, ELLISON LANDERS,
PAMELA LANDIS, EVELYN LANE,
EUNICE LANG, TERESA LANG-
BUTLER, DIANE LARRY,
STEPHANIE LASH, DORIS
LAUENSTEIN, CALVIN LAVENDER,
DAVID LAWRENCE, DOROTHY
LEE, CARDALE LEE, BELINDA LEE,
ARTHUR LEE, JOHN LEFLER,
GLORIA LEGG, JACQUELINE
LEPPERT, STEVEN LEVY, LUTHER
LEWIS, KAREN LEWIS, ISAAC
LEWIS, LISA LEWIS, BRIAN
LIGGETT, DEBRA LINDSAY, LISA
LIPSCOMB, PATRICIA LONGO,
SALLY LOONEY, LORI LOPEZ,
ANTHONY LOTT, TRACEY
LOWMILLER, RITA LUJAN, IDA
LUKE, ANGELA MADDOX, LAURA
MAE, RICHARD MAKER, MALINDA
MALEK, TYRONE MANSELL,
KAREN MANUEL, THERESA
MARCO, MALEA MARQUIS,
LORETTA MARSHALL, MELVIN
MARTIN, JOHN MARTIN, MARGO
MASON, DEBRA MATLOCK,
PAMELA MATTHEWS, TONY
MAXWELL, PAULA MAXWELL,
RONALD MAY, TRACY MAYBERRY,
KENNETH MAYFIELD, HERMAN
MCAFEE, PAMELA MCCAIN, RICK
MCCARTHY, GWENDOLYN
MCCLENDON, SHERRY
MCCLINTON, DIANE MCCOY, JOE
MCDANIEL, WILLIAM MCDANIEL,
GEORGE MCDANIELS, JOHN
MCDERMOTT, KAREN MCKINNEY,
NAOMI MCKINNIS, RONNIE
MCNEIL, LOUISE MCRAE,
DERRICK MEDLEY, TERRI MEEKS,
LESHE MEYER, JACQUELINE
MILES, STANLEY MILES,
CHRISTOPHER MILLS, SHEARI
MINTER, JENNIFER MIRANDA,

6

VERNETHIA MITCHELL, THOMAS
MITCHELL, DOUGLAS MONGAR,
JODY MONROE, JAY MONSON,
LYNETTE MONTGOMERY, JAMES
MOORE, TERRY MOORMAN,
SYLVIA MORELAND, SAMANTHA
MORELAND, JAMES MORGAN,
CLAI MORGAN, TODD MORGAN,
LEON MORMANN, JACK MORRELL,
GROVER MOSLEY, ROBERT
MOSLEY, ROBERTA MULLINS,
SHEILA MUNIZ, ANN MYERS, KEN
MYERS, LISA MYLES, SHERRI
MYRHOL, JULIE NALLEY, WILLIE
NALLS, WALTER NALLY, CHARLES
NAMAUU, MARGARET NANCE,
KATHIE NAVIES, WYLIE NEAL,
RODNEY NELSON, PAMELA
NORTON, ZELDA NOWLIN, NICOLE
NURSE, MARNER ODELL, TOMMY
ODOM, VIRGINIA ODUM, AUDREY
OGLETREE, MICHAEL OLEARY,
KEVIN OLINGER, LYDIA OLIVER,
ALBERTA OLIVIRI, AVA OLSEN,
SHERRI O'MARRAH, WALTER
OWENS, PHILIP OWENS, JOHN
OWENS, LYNETTE OWENS,
EDWARD PACE, ANGELA PACE,
JEFFREY PAGAR, LOUIS PAREDES,
TERRY PARKER, WILLIE PARKER,
TIMOTHY PARKINS, HENRY
PASCALE, GWEN PEARSON,
ARTHUR PECCE, VALARIEN PEE,
BETTY PENDERGRASS, VICTOR
PEREIRA, JEFF PETERS, KANAWHA
PETERSON, ANITA PETTINATO,
GWENDOLYN PETTIS, SCOTT
PHARES, KATHY PHONGPITAG,
DEBORAH PICHON, DEBBIE
PICKETT, VERNON PIKE, SHELLY
PINCKNEY, VICKIE PINKNEY,
SANDRA PINTA, JACQUI PITTMAN,
KRISTLE PLUM, MARK PLUMLEY,
DOUGLAS POKRANT, DONALD
POLLARD, CELECTE POMPEII,
KEVIN PORTER, JAMES POTTER,

**CHARLES POTTER, FELICIA POTTS, THOMAS POWELL, HERBERT PRICE, SYBIL PRICE, RODNEY PRINGLE, CATHY PRUITT, ANTHONY PULLIAM, VIRGINIA QUARLES, STACIE QUEEN, TERESA QUINONES, CHERYL RADFORD, DIANA RAKE, JOSEFA RAMIREZ, RICHARD RAMSEY, BARBARA RAMSEY, ANESKA RASHEED, RICARDO RATHER, PATRICA RATLIFF, SANDRA READY, JOHN REAMS, DIANA REIDA, KERRY A RESEWEHR, ERIC RIANDA, ERROLL RICE, BRENDA RICHARDS, PATRICIA RICHARDS, LUMA RICHARDSON, SABRINA RICHARDSON, OTIS RIMMER, CARLOS RISHER, LUCY RIVAS, KENNETH RIVERS, TERRY ROBERSON, KAREN ROBERTS, RON ROBERTSON, PATRICIA ROBINETT, SHIRLEY ROBINSON, CELIA ROBINSON, KELLY ROBINSON, TAMMY ROCHESTER, VIRGINIA ROGERS, ESTELL ROGERS, DIRK ROGERS, KATHY ROGERS, ROBERT ROGERS, SATIN-ANN ROGERS, ALICE ROLLINS, FELICITA ROSADO-GONZALEZ, CHRISTOPHER ROSE, DESIREE RUFFOLO, JACKI RUTLEDGE, LORI SALAZAR, CLEM SALE, ROBERTA SALISBURY, SCOTT SALMONS, STEVE SAMANIGO, TOMMY SANDERS, MARYANN SANDERS, LISA SANFORD, CAROLYN SATTERLEE, JAMES SCARBROUGH, STEPHANIE SCHALL, JAMES SCHOOLER, RICKY SCOTT, BRIDGETT SCOTT, EUGENE SCULLY, REBECCA SEALS, SHELLY SEATS, EARL SEAY, JAMES SEIVELEY, COREY SETTLES, ROBERT SHELTON, SHERRIE SHEPPARD, MICHAEL SHERMAN,**

CHARLES SHIPMAN, RICKY
SHIRLEY, CYNTHIA SHUMAN,
GREG SICKLER, GREGORY
SILVERS, JAMES SIMMONS,
RANDOLPH SIMMONS, CARLOS
SIMMONS, JEAN SIMS, FERNANDO
SIMS, SCOTT SINACORE, GLENDA
SIZEMORE, KAWINE SLATE,
ROBERT SMITH, WILLIAM SMITH,
STACY SMITH, RON SMITH,
NEITHA SMITH, DONALD SMITH,
LISA SMITH, ANI SOUKIASSIAN,
RUBY SPARKS, DONALD
SPEARMAN, ELIZABETH SPEIGHT,
MELISSA SPIVEY, JEAN STABLES,
JAMES STAMPS, WENDY
STATHUMS, PAUL STEARNS, DORIS
STEGALL, GRACIE STENSON,
HUNTLEY STERLING, REBECCA
STEVENS, FRANCES STEWART,
NORMAN STEWART, THYRONE
STEWART, MALENA STONE,
SANDRA STREETER, KATHRYN
STUCK, DIANNA SULLIVAN,
YVONNE SUMMERVILLE,
PATRICIA SUTPHIN, LLOYD
SUTTLES, ARTHUR SWAYNE,
WANDA SWIFT, TED TAFOYA,
DERRICK TATUM, JOYCE TAYLOR,
LOUISE TAYLOR, JOHN TAYLOR,
SERIA TAYLOR, MARCUS TAYLOR,
JOHN THAXTON, JOHN THIGPEN,
CHERYLYN THOMAS, TERRY
THOMAS, SARAH THOMTON,
CYNTHIA TIDD, RENNIE TIPTON,
LINNIE TROTTER, JOHN
TUCHOLSKI, CLIFTON TUCKER,
MILTON TURNER, ALBERT
TURNER, BETTY TYE, DONI UREN,
LINDA UTLEY, CHARLES
VENABLE, DEREK VIPPERMAN,
DESIREE VOLESKY, ANITREA
WADE, CHERYLE WADE,
CATHERINE WAGNER, KATHY
WALKUP, JUDY WALL, OLIVIA
WALLACE, BARBARA WARREN,

**HAZEL WARREN, TERESA
WASHINGTON, CHARLIE
WATKINS, HAZEL WATKINS,
BETTY WATSON, ROBERT
WATSON, TERICO WATSON,
STEVEN WATTS, KENNETH WEAR,
DEBORAH WEATHERLY, BARBARA
WEBB, CHERYL WEBER, ROBIN
WEBER, VALARIE WERSTLER,
MARY WEST, BRENDA WEST,
WALTER WEST, JONNEY WEST,
MAURICA WEST, ANTHONY
WHISBY, BRENDA WHITAKER, DON
WHITE, MITZI WHITESPEARE,
SHERI WHITNEY, JAMES WIEST,
KELLY WIGGINS, LILLIAN
WILCOX, DEBORAH WILDEBOUR,
ROBERT WILLIAMS, PATRICK
WILLIAMS, ROBERT WILLIAMS,
DEWAYNE WILLIAMS, BRENDA
WILLIAMS, MARY WILLIAMS,
CORINA WILLIAMS, DANNY
WILLIAMS, CHRISTINA WILLIAMS,
LEROY WILLIS, DIANA WILLS,
RUTH WILSON, MARY WILSON,
WINIFRED WILSON, SABRINA
WILSON, DAVE WINN, BARB
WIRTZ, GARY WITHROW, JASON
WOOD, JAMES WOODS, VICKY
WOODY, SANDRA WORKMAN,
BONNIE WRIGHT, JUDY YOUNG,
JAMES YOUNG, ARTHUR YU,
HARVEY ZAKRZEWSKI, MAMIE
ZANDERS, ANGELO ZAYAS,
TERESA ZELAYA, CHRISTAINA
ZINN,**

      **Plaintiffs,**

**vs.**

**ASTRAZENECA LP, ASTRAZENECA
PHARMACEUTICALS LP, KBI SUB
INC., ASTRAZENECA AB, ASTRA
USA, INC., ASTRAZENECA R&D
BOSTON, ASTRAZENECA R&D
WILMINGTON, ASTRAZENECA**

**PLC, and ELI LILLY AND COMPANY**
**Defendants.**

## PLAINTIFFS' ORIGINAL COMPLAINT

### TO THE HONORABLE JUDGE OF SAID COURT:

**COME NOW** Plaintiffs (hereinafter collectively referred to as "Plaintiff" or "Plaintiffs"), complaining of the Defendants listed below, and for cause of action would respectfully show unto the Court and the Jury the following:

### I. INTRODUCTION

1.    This is a civil action brought on behalf of Plaintiffs regarding personal injury damages which occurred as a result of Plaintiffs' ingestion of the prescription drugs, Seroquel, also known as Quetiapine Fumarate (hereinafter referred to as "Seroquel") and Zyprexa, also known as Olanzapine (hereinafter referred to as "Zyprexa"). Seroquel and Zyprexa were manufactured, marketed, distributed and sold to Plaintiffs by Defendants and/or its representatives.

### II. PARTIES

**A.    PLAINTIFFS**

2.    Plaintiffs are individuals who currently reside in, and are citizens of, the following U.S. States:

### LIST OF PLAINTIFFS

|   | First Name | M.I. | Last Name | State of Domicile |
|---|-----------|------|-----------|-------------------|
| 1 | Jamie | L | Abad (Gallegos) | CA |
| 2 | Ava | M | Abernathy | GA |
| 3 | Cynthia | A | Abrams | CA |
| 4 | Gustavo |  | Abreu | FL |
| 5 | Natasha | A | Adams | SC |

11

| 6 | Jacueline | A | Alarcon | GA |
|---|---|---|---|---|
| 7 | John | | Al-Dabbagh | OK |
| 8 | Lisa | | Alexander | OH |
| 9 | Kathryn | | Allegri | CA |
| 10 | Norman | M | Allen | OH |
| 11 | Rebecca | L | Allison | CA |
| 12 | Tom | D | Alsup | SC |
| 13 | Maria | | Alves | CA |
| 14 | Joanne | P | Anderson | GA |
| 15 | Dinine | M | Anderson | IA |
| 16 | Beverly | A | Andrews | GA |
| 17 | Jerry | | Armijo | CA |
| 18 | John | W | Armstrong | IL |
| 19 | Kathleen | | Arnold | OH |
| 20 | Charlotte | | Aubrey | CA |
| 21 | Tammy | S | Backus | WV |
| 22 | Douglas | L | Bailey | IA |
| 23 | Rebekah | J | Bailey | WI |
| 24 | Randall | W | Baisden | OH |
| 25 | William | | Baker | OH |
| 26 | Connie | L. | Baker | CA |
| 27 | Joseph | W | Baker | CA |
| 28 | David | R | Balcorta | CA |
| 29 | Donald | | Bales | GA |
| 30 | Robert | | Ball | MN |
| 31 | Robert | | Ballard | OH |
| 32 | Pauline | | Banks | NC |
| 33 | Martha | A | Banks | SC |
| 34 | Gladyene | | Barfield | MO |
| 35 | Daniel | O | Barker | OH |
| 36 | Brenda | C | Barnett | GA |
| 37 | Janette | E | Bates | IL |
| 38 | John | | Batiste | IL |
| 39 | Marilyn | | Batjes | MN |
| 40 | Sharon | K. | Beavers | OH |
| 41 | Teresa | B | Becton | GA |
| 42 | Shavonna | R | Bell | CA |
| 43 | Vicki | M | Bennett | OH |
| 44 | Christina | L | Bennett | CA |
| 45 | Catherine | | Bennett | OK |
| 46 | Anita | F | Benson | CA |
| 47 | Sandra | K | Benton | MO |
| 48 | William | | Berkevich | WI |
| 49 | Cathy | | Berkowitz | FL |
| 50 | Ruth | S | Bernal | CA |
| 51 | Karen | S | Betz | OH |
| 52 | Kerry | W | Bieber | IN |
| 53 | Jane | | Blackmer | WI |
| 54 | Shirlean | E | Blair | MO |

12

| | | | | |
|---|---|---|---|---|
| 55 | Terrance | F | Blankenship | OH |
| 56 | Juliana | | Bledsoe | NM |
| 57 | Ismiha | L | Blevins | KY |
| 58 | Jake | | Blount | GA |
| 59 | Vannessa | A | Blue | OH |
| 60 | Brenda | | Bock | NM |
| 61 | Lori | | Bolds | OH |
| 62 | Cheryl | | Bolen | IA |
| 63 | Ken | D | Bond | OH |
| 64 | Gay | S | Booker | SC |
| 65 | Dorothy | J | Boone | MO |
| 66 | Lythia | L. | Bouie | CA |
| 67 | Vicki | L | Bouras | SC |
| 68 | David | J | Boutte | CA |
| 69 | Annette | | Bowie | WI |
| 70 | Mary | N | Boyd | AL |
| 71 | Norman | | Boyer | PA |
| 72 | Katharine | A | Bradford | GA |
| 73 | Antoine | D | Bradley | GA |
| 74 | Dennis | | Bragg | WV |
| 75 | James | T | Bride | GA |
| 76 | Johnathan | W | Brislane | CA |
| 77 | Tommy | C | Brooks | NC |
| 78 | Darnell | | Brown | CA |
| 79 | Shirley | A | Brown | IL |
| 80 | Sharyn | M | Brown | CA |
| 81 | Douglas | E | Brown | SC |
| 82 | Tracie | G | Brown | GA |
| 83 | Christina | L. | Brown | IL |
| 84 | Laurin | | Brown | IL |
| 85 | Charles | | Brown | SC |
| 86 | Rickie | D | Browning | CA |
| 87 | Amy | | Brummett | KY |
| 88 | Carlton | L | Bryant | SC |
| 89 | Dennis | J. | Buckner | GA |
| 90 | Kathryn | D | Burch | NC |
| 91 | Jacqueline | R | Burkhardt | CA |
| 92 | Gary | W | Burleson | WV |
| 93 | Michelle | L | Burns | CA |
| 94 | Lydia | D | Butler Turner | OH |
| 95 | Sandy | Elaine | Calhoun | SC |
| 96 | Brenda | K | Camp | GA |
| 97 | Robert | L | Campos | CA |
| 98 | Patricia | | Capponi | FL |
| 99 | Michele | L | Carlton | IA |
| 100 | Theresa | A | Carmichael | IL |
| 101 | Loretta | I | Carpenter | WV |
| 102 | Florence | V | Carr | OH |
| 103 | Daniel | | Carrillo | CA |
| 104 | Harold | W | Carter | WV |

| | | | | |
|---|---|---|---|---|
| 105 | David | G | Casadidio | CA |
| 106 | Julia | | Catchings | CA |
| 107 | Lamin | | Ceesay | MN |
| 108 | Matilda M | M | Cerny | CA |
| 109 | Halline | | Cherry | IL |
| 110 | Gabriela | | Church | CA |
| 111 | Ronnie | | Clark | OH |
| 112 | Silvia | S | Clary | SC |
| 113 | Sheila | L | Clayton | CA |
| 114 | Jackie | J | Clemons | CA |
| 115 | Chloie | L | Cochran | WV |
| 116 | Ethel | M | Coker | CA |
| 117 | Henry | R | Coleman | CA |
| 118 | Sean | D | Coleman | CA |
| 119 | Virigina | R | Collier | OH |
| 120 | Sandra | K | Collier | SC |
| 121 | David | | Collins | TN |
| 122 | Urssula | M | Cone | GA |
| 123 | Juanita | | Conn | KY |
| 124 | Denise | M | Cook | CA |
| 125 | Steven | B | Cook | SC |
| 126 | Kenneth | C | Cooper | SC |
| 127 | Benson | L | Cooper | CA |
| 128 | Saverio "Sam" | | Coppola | IL |
| 129 | Kathleen | D | Corby | GA |
| 130 | Ronald | | Corley | SC |
| 131 | Janice | V | Covington | IL |
| 132 | James | H | Cox | IA |
| 133 | Elizabeth | | Crawford | GA |
| 134 | Janis | | Creed | CA |
| 135 | Craig | S | Crenshaw | CA |
| 136 | Leonard | | Cromer | SC |
| 137 | Jill | B | Crotts | NC |
| 138 | Richie | J | Crouch | CA |
| 139 | Ricki | J | Crouch | CA |
| 140 | Vivian | D | Crum | OH |
| 141 | Julio | A | Cruz | SC |
| 142 | Robert | K | Cummins | CA |
| 143 | Evelyn | T | Cunningham | WV |
| 144 | Laurie | | Cunningham | MO |
| 145 | James | | Cutshaw | FL |
| 146 | Vickie | R | Daniel | GA |
| 147 | Jesse | B | Daniels | CA |
| 148 | Pamela | K | Daniels | WV |
| 149 | Willie | | Darby | AL |
| 150 | Teresa | L | Darnell | SC |
| 151 | Kenneth | H | Davidson | OH |
| 152 | Mary | | Davis | GA |
| 153 | Suzanne | B | Davis | CA |
| 154 | Nichole | D | Davis | CA |

| 155 | John | A | Davis | VA |
|-----|------|---|-------|-----|
| 156 | Sylvia | | Davis | OH |
| 157 | Teresa | | Day | GA |
| 158 | Michelle | | Dean | IA |
| 159 | Elizabeth | F | DeLeon | CA |
| 160 | Jeffrey | | Delgado | FL |
| 161 | Bobbie | J | Dell | NC |
| 162 | Ronnie | L | Dennis | OK |
| 163 | Hasewood | G | Dennison | NM |
| 164 | Dominic | | Dermine | SC |
| 165 | Gloria | L | Desoto | CA |
| 166 | Tersa | L | Devault | OH |
| 167 | Virda | M. | Diemer | IL |
| 168 | Tracy | D | Dillon | OH |
| 169 | Celestine | | Dolly | GA |
| 170 | Leslie | H | Dorsey | MD |
| 171 | Robert | L | Downs | IL |
| 172 | Rickey | L | Downs | IA |
| 173 | Sheila | M | Drake | SC |
| 174 | Catherine | I | Dressler | FL |
| 175 | Bernice | | Dubard | SC |
| 176 | Donald | L | Duff | WV |
| 177 | Alfrita | C | Dukes | SC |
| 178 | Wynetta | | Dulin | CA |
| 179 | Denise | | Dyson | OH |
| 180 | Ronald | L | Early | WV |
| 181 | Cottie | | Edens | NC |
| 182 | Carolyn | D | Edwards | CA |
| 183 | Judy | A | Edwards | SC |
| 184 | Glen | T | Edwards | SC |
| 185 | Wilton | | Edwards | NC |
| 186 | William | | Eibeck | KY |
| 187 | Frederick | H | Elliott | SC |
| 188 | Maurice | | English | IA |
| 189 | Alyce | M | Ervin | IA |
| 190 | Bobby | | Erving | SC |
| 191 | Robert | | Escobio | OH |
| 192 | Paula | K | Eskew | GA |
| 193 | Joe | B. | Esquivel | CA |
| 194 | Geraldine | | Essix | GA |
| 195 | Valerie | G | Evans | CA |
| 196 | Ruth | A | Eviston | KY |
| 197 | Brandon | G | Eyanson | IA |
| 198 | Margaret | | Facio | NM |
| 199 | Phyllis | G | Faller | OH |
| 200 | Donna | J | Fannin | WV |
| 201 | George | R | Farish | SC |
| 202 | Kenneth | J | Fees | IA |
| 203 | Kathy | | Ferguson | OH |
| 204 | Mary | E | Ferguson | SC |

| | | | | |
|---|---|---|---|---|
| 205 | Kim | M | Ferguson | CA |
| 206 | Renthia | K | Ferral | SC |
| 207 | Steven | C | Ferris | WI |
| 208 | George | H | Fetters | NC |
| 209 | Karla | D | Fiallos | WV |
| 210 | Leslie | A | Fiedler | MO |
| 211 | Joe | | Fields | SC |
| 212 | Leonard | | Fischbach | CA |
| 213 | Morgan | G | Fisher | IA |
| 214 | Melanie | L | Fleury | NH |
| 215 | Frank | | Flores | CA |
| 216 | Lonnie | F | Flores | CA |
| 217 | Jonathan | E | Flowers | CA |
| 218 | Leonard | E | Flowers | CA |
| 219 | Maria | L | Forbey | OH |
| 220 | Hugh | | Ford | GA |
| 221 | Robert | L | Ford | CA |
| 222 | Melvin | R | Ford | CA |
| 223 | Gwendolyn | M | Ford | OH |
| 224 | Linda | G | Forsyth | OK |
| 225 | Wendell | S | Forsyth | GA |
| 226 | William | J | Foster | IL |
| 227 | Deborah | E | Foster | CA |
| 228 | Jennifrey | G | Fowler | GA |
| 229 | Robin | O | France | WV |
| 230 | Mary | | Frank | IL |
| 231 | Gregory | | Frederick | GA |
| 232 | Diane | L | Freeman | MO |
| 233 | Pamela | | Fuller | CA |
| 234 | Debra | T | Fuller | AL |
| 235 | Jeremy | K | Fulmer | GA |
| 236 | Andre | | Fulton | CO |
| 237 | Tammy | R. | Furlough | NC |
| 238 | Ronald | F | Garcia | CA |
| 239 | Roberto | J | Garcia | CA |
| 240 | Mikal | | Gebru | IL |
| 241 | Debra | | Gee | OH |
| 242 | Mary | L | Genus | IA |
| 243 | Lauretta | | George | IL |
| 244 | Susanne | | Gibbs | IN |
| 245 | James | | Gibson | OH |
| 246 | Sarina | A | Gillum | CA |
| 247 | Carol | | Gilman | CA |
| 248 | William | J | Gilmore | CO |
| 249 | Rosa | M | Gilmore | OH |
| 250 | Cheryl | L | Ginter | WI |
| 251 | Dennis | L | Gladney | CA |
| 252 | Vanita | | Goage-Echols | CA |
| 253 | Renae | | Goligowski | MN |
| 254 | Barbara | | Gonzales | FL |

| | | | | |
|---|---|---|---|---|
| 255 | Darcy | | Gooden | WA |
| 256 | Kristina | L | Goutierez | CA |
| 257 | Jacqueline | | Grace | WI |
| 258 | Robert | N | Grant | GA |
| 259 | Donnie | E | Grantham | GA |
| 260 | Frankie | M | Green | OH |
| 261 | Lorraine | T | Gregory | SC |
| 262 | Ivey | B | Griffin | CA |
| 263 | Kenneth | A | Griffis | CA |
| 264 | Earl | | Gross | WI |
| 265 | Laura | B | Gross | IL |
| 266 | Theresa | M | Gruenberg-Harvey | CA |
| 267 | Patricia | L | Grushon | OH |
| 268 | Wanda | | Hall | OH |
| 269 | Kenneth | H | Hall | OH |
| 270 | Fenton | P | Halliburton | CA |
| 271 | Erika | | Hancock | WV |
| 272 | Nita | | Hankins | WI |
| 273 | Martha | | Hanning | WV |
| 274 | Sharon | K | Hanshew | CA |
| 275 | Linda | G | Hardin | AR |
| 276 | Dietra | M | Hardy | CA |
| 277 | Barney | L | Harmon | SC |
| 278 | Aundrea | I | Harney | SC |
| 279 | Charice | A | Harral | MO |
| 280 | Sammy | L | Harris | GA |
| 281 | Beverly | | Harris | WI |
| 282 | Emile | | Harris | IA |
| 283 | Larry | | Hart | FL |
| 284 | Alice | M | Hartmann | RI |
| 285 | Gloria | | Hathaway | NM |
| 286 | Benjamin | | Head | FL |
| 287 | Thomas | F | Heckinger | IA |
| 288 | Kenneth | D. | Hendren | MO |
| 289 | Barry | | Hendrix | CA |
| 290 | john | C | Herman | GA |
| 291 | Martina | G | Hernandez | CA |
| 292 | Manny | | Hernandez | CA |
| 293 | Manuel | G | Hickenbottem | AR |
| 294 | Edith | | Hicks | KY |
| 295 | Jamie | | Hill | GA |
| 296 | John | L | Hill | GA |
| 297 | Dennis | L | Hiner | OH |
| 298 | Palm | | Hinnant | CA |
| 299 | Faith | | Hoag | IA |
| 300 | Isabel | | Hoch | CA |
| 301 | Elizabeth | | Holland | OH |
| 302 | Effie | | Hollins | OH |
| 303 | Tony | | Holloway | IA |
| 304 | Jason | | Holmes | WA |

| 305 | Dianne | | Holmes | SC |
|---|---|---|---|---|
| 306 | Johnnie | R | Holt | GA |
| 307 | David | J. | Honeycutt | MO |
| 308 | Melissa | A | Hopkins | IA |
| 309 | Drew | W | Hopkins | IL |
| 310 | Christina | | Hopkins-Durate | CA |
| 311 | Elouise | M | Horne | GA |
| 312 | Hope | M | House | CA |
| 313 | John | Marshall | Howard | OH |
| 314 | Calvin | R | Howard | IL |
| 315 | Alvin | | Howell | GA |
| 316 | Frances | | Hubbard | SC |
| 317 | Richard | E | Humm | KY |
| 318 | Julie | A. | Hundt | WI |
| 319 | Byron | D | Hunt | GA |
| 320 | Greg | S | Hurd | CA |
| 321 | Williamette | | Ironhawk | IA |
| 322 | Homer | W | Ishisaka | CA |
| 323 | Christopher | L | Jaber | CA |
| 324 | Clara | M | Jacabs | NC |
| 325 | Leona | D | Jackson | CA |
| 326 | Mary | A | Jackson | SC |
| 327 | Troy | B | Jackson | VA |
| 328 | Darlene | S | Jacobs | GA |
| 329 | Lori | | Jacobs | OH |
| 330 | Billy | R | Jarrell | WV |
| 331 | Jerry | | Jean-Baptiste | MO |
| 332 | Loretta | B. | Jeffers | WV |
| 333 | Traci | | Jensen | WA |
| 334 | Barbara | J | Jewell | NH |
| 335 | Mary | L | Johnson | WI |
| 336 | Anthony | F | Johnson | CA |
| 337 | Kathleen | A | Johnson | VT |
| 338 | Shirley | | Johnson | AL |
| 339 | Denise | | Johnson | NM |
| 340 | Charles | G | Johnson | WV |
| 341 | Margaret | E | Johnson | WV |
| 342 | Debra | K | Johnson | MS |
| 343 | Gisele | | Johnson | GA |
| 344 | Thomas | J | Johnson | TN |
| 345 | Lamell | | Johnson | GA |
| 346 | Debbie | A | Johnson | MO |
| 347 | Louise | C | Johnson | MO |
| 348 | Floyd | J | Johnson | GA |
| 349 | Douglas | C | Johnson | CA |
| 350 | Danny | | Jones | WA |
| 351 | Judith | | Jones | CA |
| 352 | Marejorie | L | Jones | WI |
| 353 | Danny | | Jones | AZ |
| 354 | Marion | I | Jones | IL |

| | | | | |
|---|---|---|---|---|
| 355 | Dan | D | Jones | GA |
| 356 | Leann | M | Jovenal | CA |
| 357 | Ruth R | | Joyner | SC |
| 358 | Roy | M | Kees | WV |
| 359 | Lutoungie | | Keith | SC |
| 360 | Shirley | | Kelly | NC |
| 361 | Marsha | E | Kelly | CA |
| 362 | Cheryl | | Kelly-Crouch | NV |
| 363 | Katrina | | Kendrix | GA |
| 364 | Gloria | | Kennedy | SC |
| 365 | Carol | | King-Guest | NV |
| 366 | Guy | B | Kinney | CA |
| 367 | David | J | Klimek | GA |
| 368 | Randy | M | Kneece | SC |
| 369 | Danielle | L | Knight | GA |
| 370 | Darlene | | Kohlts | MN |
| 371 | Jewell | D | Kohutek | NC |
| 372 | Barbara | P | Kometas | CA |
| 373 | Nicholas | N | Krager | CA |
| 374 | Sherry | | Krebs | IA |
| 375 | Henry | P | La' Mar | CA |
| 376 | Nanette | M | Laisure | GA |
| 377 | Jessica | | Landerman | OH |
| 378 | Ellison | | Landers | OH |
| 379 | Pamela | J | Landis | OH |
| 380 | Evelyn | T | Lane | SC |
| 381 | Eunice | | Lang | CA |
| 382 | Teresa | | Lang-Butler | WA |
| 383 | Diane | M. | Larry | CA |
| 384 | Stephanie | | Lash | NC |
| 385 | Doris | K | Lauenstein | GA |
| 386 | Calvin | | Lavender | CA |
| 387 | David | | Lawrence | IA |
| 388 | Dorothy | M | Lee | OH |
| 389 | Cardale | | Lee | IL |
| 390 | Belinda | D | Lee | CA |
| 391 | Arthur | M | Lee | CA |
| 392 | John | | Lefler | WA |
| 393 | Gloria | J. | Legg | IL |
| 394 | Jacqueline | N | Leppert | OH |
| 395 | Steven | L | Levy | CA |
| 396 | Luther | | Lewis | WI |
| 397 | Karen | | Lewis | IA |
| 398 | Isaac | | Lewis | IL |
| 399 | Lisa | R | Lewis | IA |
| 400 | Brian | K | Liggett | CA |
| 401 | Debra | J | Lindsay | CA |
| 402 | Lisa | M | Lipscomb | SC |
| 403 | Patricia | | Longo | OH |
| 404 | Sally | | Looney | FL |

| 405 | Lori | | Lopez | NM |
|---|---|---|---|---|
| 406 | Anthony | O | Lott | SC |
| 407 | Tracey | | Lowmiller | CA |
| 408 | Rita | D | Lujan | NM |
| 409 | Ida | L | Luke | GA |
| 410 | Angela | A | Maddox | GA |
| 411 | Laura | | Mae | CA |
| 412 | Richard | A | Maker | WI |
| 413 | Malinda | | Malek | WA |
| 414 | Tyrone | D | Mansell | SC |
| 415 | Karen | | Manuel | CA |
| 416 | Theresa | | Marco | WI |
| 417 | Malea | | Marquis | DC |
| 418 | Loretta | | Marshall | FL |
| 419 | Melvin | | Martin | SC |
| 420 | John | W. | Martin | WV |
| 421 | Margo | | Mason | WA |
| 422 | Debra | | Matlock | IA |
| 423 | Pamela | A | Matthews | IL |
| 424 | Tony | R | Maxwell | GA |
| 425 | Paula | J | Maxwell | WV |
| 426 | Ronald | | May | OH |
| 427 | Tracy | | Mayberry | OH |
| 428 | Kenneth | L. | Mayfield | CA |
| 429 | Herman | | Mcafee | CA |
| 430 | Pamela | M | McCain | GA |
| 431 | Rick | E | McCarthy | CA |
| 432 | Gwendolyn | D | McClendon | GA |
| 433 | Sherry | L | McClinton | IA |
| 434 | Diane | W | Mccoy | GA |
| 435 | Joe | | McDaniel | GA |
| 436 | William | J | McDaniel | SC |
| 437 | George | M | McDaniels | WV |
| 438 | John | | McDermott | IL |
| 439 | Karen | M | Mckinney | KY |
| 440 | Naomi | | McKinnis | GA |
| 441 | Ronnie | | McNeil | OH |
| 442 | Louise | | McRae | SC |
| 443 | Derrick | A | Medley | NC |
| 444 | Terri | D | Meeks | AL |
| 445 | Leshe | C | Meyer | CA |
| 446 | Jacqueline | D. | Miles | MO |
| 447 | Stanley | | Miles | AL |
| 448 | Christopher | | Mills | SC |
| 449 | Sheari | L | Minter | IA |
| 450 | Jennifer | | Miranda | FL |
| 451 | Vernethia | A | Mitchell | SC |
| 452 | Thomas | | Mitchell | SC |
| 453 | Douglas | N | Mongar | MI |
| 454 | Jody | B | Monroe | CA |

20

| 455 | Jay | W | Monson | IL |
|---|---|---|---|---|
| 456 | Lynette | D | Montgomery | IL |
| 457 | James | A | Moore | CA |
| 458 | Terry | W | Moorman | SC |
| 459 | Sylvia | | Moreland | GA |
| 460 | Samantha | | Moreland | GA |
| 461 | James | H | Morgan | IL |
| 462 | Clai | | Morgan | NM |
| 463 | Todd | | Morgan | CA |
| 464 | Leon | J | Mormann | GA |
| 465 | Jack | N | Morrell | CA |
| 466 | Grover | L | Mosley | IL |
| 467 | Robert | F | Mosley | IL |
| 468 | Roberta | | Mullins | WA |
| 469 | Sheila | M | Muniz | CA |
| 470 | Ann | G | Myers | SC |
| 471 | Ken | P | Myers | OH |
| 472 | Lisa | | Myles | CA |
| 473 | Sherri | M | Myrhol | KY |
| 474 | Julie | A | Nalley | IN |
| 475 | Willie | J | Nalls | AL |
| 476 | Walter | A | Nally | IL |
| 477 | Charles | | Namauu | WA |
| 478 | Margaret | A | Nance | WI |
| 479 | Kathie | L | Navies | CA |
| 480 | Wylie | | Neal | GA |
| 481 | Rodney | L | Nelson | AL |
| 482 | Pamela | D. | Norton | GA |
| 483 | Zelda | M | Nowlin | CA |
| 484 | Nicole | | Nurse | FL |
| 485 | Marner | L. | Odell | WV |
| 486 | Tommy | | Odom | SC |
| 487 | Virginia | L | Odum | SC |
| 488 | Audrey | B | Ogletree | GA |
| 489 | Michael | B | Oleary | IA |
| 490 | Kevin | T | Olinger | CA |
| 491 | Lydia | Y | Oliver | GA |
| 492 | Alberta | | Oliviri | OH |
| 493 | Ava | | Olsen | WA |
| 494 | Sherri | L | O'Marrah | WV |
| 495 | Walter | R | Owens | NC |
| 496 | Philip | H | Owens | CA |
| 497 | John | B | Owens | SC |
| 498 | Lynette | | Owens | OH |
| 499 | Edward | R | Pace | NC |
| 500 | Angela | K | Pace | NC |
| 501 | Jeffrey | | Pagar | FL |
| 502 | Louis | | Paredes | NM |
| 503 | Terry | L | Parker | WV |
| 504 | Willie | T | Parker | GA |

| | | | | |
|---|---|---|---|---|
| 505 | Timothy | D | Parkins | WV |
| 506 | Henry | R | Pascale | CA |
| 507 | Gwen | L | Pearson | CA |
| 508 | Arthur | D | Pecce | GA |
| 509 | Valarien | R | Pee | SC |
| 510 | Betty | R | Pendergrass | WV |
| 511 | Victor | | Pereira | FL |
| 512 | Jeff | R | Peters | CA |
| 513 | Kanawha | H | Peterson | OH |
| 514 | Anita | M | Pettinato | CA |
| 515 | Gwendolyn | | Pettis | OH |
| 516 | Scott | E. | Phares | MO |
| 517 | Kathy | L | Phongpitag | CA |
| 518 | Deborah | J | Pichon | IL |
| 519 | Debbie | E | Pickett | GA |
| 520 | Vernon | | Pike | CA |
| 521 | Shelly | | Pinckney | SC |
| 522 | Vickie | A | Pinkney | WI |
| 523 | Sandra | | Pinta | FL |
| 524 | Jacqui | M. | Pittman | CA |
| 525 | Kristle | P | Plum | WV |
| 526 | Mark | A | Plumley | WV |
| 527 | Douglas | P | Pokrant | CA |
| 528 | Donald | | Pollard | WV |
| 529 | Celecte | | Pompeii | CA |
| 530 | Kevin | J. | Porter | KY |
| 531 | James | | Potter | OH |
| 532 | Charles | W | Potter | OH |
| 533 | Felicia | L | Potts | WI |
| 534 | Thomas | W | Powell | KY |
| 535 | Herbert | L. | Price | OH |
| 536 | Sybil | F | Price | SC |
| 537 | Rodney | | Pringle | OH |
| 538 | Cathy | B | Pruitt | NC |
| 539 | Anthony | B | Pulliam | CA |
| 540 | Virginia | D | Quarles | GA |
| 541 | Stacie | A | Queen | OH |
| 542 | Teresa | M | Quinones | CA |
| 543 | Cheryl | | Radford | FL |
| 544 | Diana | L | Rake | WV |
| 545 | Josefa | I | Ramirez | CA |
| 546 | Richard | E | Ramsey | WV |
| 547 | Barbara | J | Ramsey | CA |
| 548 | Aneska | B | Rasheed | CA |
| 549 | Ricardo | | Rather | GA |
| 550 | Patrica | | Ratliff | KY |
| 551 | Sandra | K | Ready | SC |
| 552 | John | | Reams | AR |
| 553 | Diana | | Reida | OK |
| 554 | Kerry A | | Resewehr | IA |

| 555 | Eric | A | Rianda | CA |
| 556 | Erroll | | Rice | CA |
| 557 | Brenda | M | Richards | NC |
| 558 | Patricia | L | Richards | WV |
| 559 | Luma | L | Richardson | OH |
| 560 | Sabrina | L | Richardson | NV |
| 561 | Otis | D | Rimmer | WI |
| 562 | Carlos | W | Risher | CA |
| 563 | Lucy | P | Rivas | CA |
| 564 | Kenneth | | Rivers | CA |
| 565 | Terry | L | Roberson | NC |
| 566 | Karen | M | Roberts | NC |
| 567 | Ron | | Robertson | CA |
| 568 | Patricia | A | Robinett | CA |
| 569 | Shirley | Thumbi | Robinson | AL |
| 570 | Celia | M | Robinson | OK |
| 571 | Kelly | | Robinson | KY |
| 572 | Tammy | | Rochester | OH |
| 573 | Virginia | | Rogers | FL |
| 574 | Estell | | Rogers | SC |
| 575 | Dirk | G | Rogers | OH |
| 576 | Kathy | | Rogers | SC |
| 577 | Robert | | Rogers | OH |
| 578 | Satin-Ann | | Rogers | MO |
| 579 | Alice | M | Rollins | WI |
| 580 | Felicita | | Rosado-Gonzalez | WI |
| 581 | Christopher | J | Rose | OH |
| 582 | Desiree | M | Ruffolo | IL |
| 583 | Jacki | E | Rutledge | WV |
| 584 | Lori | | Salazar | CA |
| 585 | Clem | W | Sale | NC |
| 586 | Roberta | | Salisbury | TN |
| 587 | Scott | C | Salmons | IA |
| 588 | Steve | | Samanigo | MN |
| 589 | Tommy | A | Sanders | CA |
| 590 | Maryann | B | Sanders | GA |
| 591 | Lisa | R | Sanford | IA |
| 592 | Carolyn | E | Satterlee | CA |
| 593 | James | D | Scarbrough | GA |
| 594 | Stephanie | A | Schall | OH |
| 595 | James | | Schooler | CA |
| 596 | Ricky | J | Scott | GA |
| 597 | Bridgett | | Scott | CA |
| 598 | Eugene | B | Scully | IA |
| 599 | Rebecca | A | Seals | MO |
| 600 | Shelly | | Seats | MN |
| 601 | Earl | H | Seay | WI |
| 602 | James | M | Seiveley | CA |
| 603 | Corey | | Settles | WA |
| 604 | Robert | J | Shelton | OH |

| 605 | Sherrie | P | Sheppard | GA |
| 606 | Michael | | Sherman | CA |
| 607 | Charles | r. | Shipman | IL |
| 608 | Ricky | | Shirley | CA |
| 609 | Cynthia | L | Shuman | IL |
| 610 | Greg | R | Sickler | NV |
| 611 | Gregory | L | Silvers | GA |
| 612 | James | C | Simmons | NC |
| 613 | Randolph | | Simmons | IL |
| 614 | Carlos | | Simmons | SC |
| 615 | Jean | E | Sims | OH |
| 616 | Fernando | E | Sims | NM |
| 617 | Scott | | Sinacore | NC |
| 618 | Glenda | C | Sizemore | GA |
| 619 | Kawine | | Slate | GA |
| 620 | Robert | G | Smith | GA |
| 621 | William | J | Smith | NC |
| 622 | Stacy | M | Smith | NC |
| 623 | Ron | J | Smith | CA |
| 624 | Neitha | S | Smith | SC |
| 625 | Donald | | Smith | OH |
| 626 | Lisa | | Smith | CA |
| 627 | Ani | | Soukiassian | CA |
| 628 | Ruby | | Sparks | OH |
| 629 | Donald | R | Spearman | CA |
| 630 | Elizabeth | M | Speight | SC |
| 631 | Melissa | | Spivey | NM |
| 632 | Jean | M | Stables | IL |
| 633 | James | H | Stamps | CA |
| 634 | Wendy | D | Stathums | GA |
| 635 | Paul | | Stearns | SC |
| 636 | Doris | L | Stegall | GA |
| 637 | Gracie | M | Stenson | GA |
| 638 | Huntley | | Sterling | GA |
| 639 | Rebecca | J | Stevens | SC |
| 640 | Frances | | Stewart | SC |
| 641 | Norman | | Stewart | MO |
| 642 | Thyrone | R | Stewart | CA |
| 643 | Malena | G | Stone | WV |
| 644 | Sandra | L | Streeter | IA |
| 645 | Kathryn | A | Stuck | CA |
| 646 | Dianna | L | Sullivan | KY |
| 647 | Yvonne | E | Summerville | PA |
| 648 | Patricia | W. | Sutphin | WV |
| 649 | Lloyd | E | Suttles | OH |
| 650 | Arthur | D | Swayne | IA |
| 651 | Wanda | | Swift | IL |
| 652 | Ted | | Tafoya | CA |
| 653 | Derrick | | Tatum | CA |
| 654 | Joyce | L | Taylor | GA |

| 655 | Louise | | Taylor | MO |
|---|---|---|---|---|
| 656 | John | | Taylor | CA |
| 657 | Seria | J | Taylor | CA |
| 658 | Marcus | | Taylor | CA |
| 659 | John | | Thaxton | WV |
| 660 | John | C | Thigpen | OH |
| 661 | Cherylyn | | Thomas | FL |
| 662 | Terry | | Thomas | CA |
| 663 | Sarah | R | Thomton | GA |
| 664 | Cynthia | A | Tidd | OH |
| 665 | Rennie | J | Tipton | WV |
| 666 | Linnie | B | Trotter | WI |
| 667 | John | J | Tucholski | OH |
| 668 | Clifton | D | Tucker | IL |
| 669 | Milton | | Turner | CA |
| 670 | Albert | | Turner | CA |
| 671 | Betty | | Tye | GA |
| 672 | Doni | M | Uren | NV |
| 673 | Linda | P | Utley | GA |
| 674 | Charles | K | Venable | GA |
| 675 | Derek | W | Vipperman | VA |
| 676 | Desiree | | Volesky | WA |
| 677 | Anitrea | D | Wade | CA |
| 678 | Cheryle | S | Wade | WI |
| 679 | Catherine | | Wagner | CA |
| 680 | Kathy | D | Walkup | GA |
| 681 | Judy | A | Wall | SC |
| 682 | Olivia | | Wallace | CA |
| 683 | Barbara | J | Warren | OH |
| 684 | Hazel | | Warren | CA |
| 685 | Teresa | | Washington | GA |
| 686 | Charlie | | Watkins | CA |
| 687 | Hazel | j | Watkins | GA |
| 688 | Betty | A | Watson | GA |
| 689 | Robert | D | Watson | MO |
| 690 | Terico | | Watson | WI |
| 691 | Steven | L | Watts | CA |
| 692 | Kenneth | | Wear | WA |
| 693 | Deborah | A | Weatherly | CA |
| 694 | Barbara | E | Webb | WV |
| 695 | Cheryl | J | Weber | WI |
| 696 | Robin | C | Weber | WV |
| 697 | Valarie | | Werstler | OH |
| 698 | Mary | S | West | SC |
| 699 | Brenda | K | West | AZ |
| 700 | Walter | | West | IL |
| 701 | Jonney | G | West | OH |
| 702 | Maurica | | West | NC |
| 703 | Anthony | M | Whisby | IL |
| 704 | Brenda | S | Whitaker | OH |