# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE: MDL-1769 Seroquel Products Liability Litigation**

**Sherrie Sheppard,**

       **Plaintiff,**

**-vs-**                                              **Case No.  6:07-cv--11952**
                                                      **(Severed from case 6:06-cv-01389-ACC-DAB)**
                                                      **(Originally filed as 1:06-cv-10730)**

**Astrazeneca LP et. al.,**

       **Defendants.**

---

### PLAINTIFF'S SHORT-FORM COMPLAINT
### AND DEMAND FOR JURY TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW** Plaintiff **Sherrie Sheppard**, and files this Short-Form Complaint and Demand for Jury Trial pursuant to the Court's Order of January 26, 2007, complaining of the Defendants listed below, and for cause of action would respectfully show unto the Court and the Jury the following:

## I.   INTRODUCTION

1.    Pursuant to the Court's Order of January 26, 2007, Plaintiff's claims against Defendants were severed from the Original Complaint filed on behalf of this and other Plaintiffs in the United States District Court, Civil Action No. 1:06-cv-10730, and subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation.  Pursuant to the Court's Order of March 7, 2007, Plaintiff files this Short-Form Complaint and Demand for Jury Trial in the instant case.

2.     This is a civil action brought on behalf of Plaintiff regarding personal injury damages which occurred as a result of Plaintiff's ingestion of the prescription drug, Seroquel, also known as Quetiapine Fumarate (hereinafter referred to as "Seroquel").    Seroquel was manufactured, marketed, distributed and sold to Plaintiff by Defendants and/or their representatives.

## II.    PARTIES

### A.    PLAINTIFF

3.     Plaintiff **Sherrie Sheppard** is an individual who currently resides in Savannah, GA.

### B.    DEFENDANTS

4.    The    Defendants    are    **ASTRAZENECA    LP**,    **ASTRAZENECA PHARMACEUTICALS LP**, who is the general partner of AstraZeneca LP, **KBI SUB INC.**, who is the limited partner of AstraZeneca LP, **ASTRAZENECA AB**, who is the general partner of AstraZeneca Pharmaceuticals LP, **ASTRA U.S.A., INC.**, who is the limited partner of AstraZeneca Pharmaceuticals LP, and **ASTRAZENECA PLC**, who is the ultimate parent company of all Defendants.    These interrelated AstraZeneca entities are jointly responsible for Plaintiff's damages and may be served as set forth in this Court's Case Management Order No. 1 of January 26, 2007.

## III.    ALLEGATIONS AND CAUSES OF ACTION

5.     Plaintiff incorporates by reference herein all relevant allegations, including but not limited to factual, legal, and damages allegations, and all relevant causes of action as originally set forth in Plaintiffs' Original Complaint, Civil Action No. 1:06-cv-10730, filed in the United States District Court and subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation.

## IV.   JURY DEMAND

6.     Plaintiff hereby requests a trial by jury on all issues in this case.

## V.   PRAYER

7.     WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that upon final hearing, Plaintiff has and recovers judgment from Defendants, pursuant to the above and foregoing allegations in such amounts as found proper by a jury, which is in excess of the jurisdictional minimum of this court and as the evidence may show proper at the time of trial, together with interest thereon at the legal rate; punitive and/or exemplary damages; Plaintiff's costs and attorneys' fees expended in prosecuting this matter; and for such other and further relief, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

__/K. Camp Bailey/_____
K. Camp Bailey, Esq.
cbailey@bpblaw.com
Michael W. Perrin, Esq.
mperrin@bpblaw.com
F. Kenneth Bailey, Jr., Esq.
kbailey@bpblaw.com
Fletch V. Trammell
ftrammell@bpblaw.com
BAILEY PERRIN BAILEY LLP
440 Louisiana St., Suite 2100
Houston, TX 77002
Telephone: (713) 425-7100
Facsimile: (713) 425-7101

**ATTORNEYS FOR PLAINTIFFS**